ORIGINAL

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CARPENTERS PENSION TRUST FUND FOR NORTHERN
CALIFORNIA

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

MGM'S CABINET INSTALLATION SERVICES, MICHAEL
GORDON MOXLEY

CV 08 1164 WHA

TO: (Name and address of defendant)
MGM'S CABINET INSTALLATION SERVICES and MICHAEL GORDON MOXLEY
919 Belmont Way
Pinole, CA  94564

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Blythe Mickelson, Bar No. 095506
Roberta D. Perkins, Bar No. 153074
Weinberg, Roger & Rosenfeld
1001 Marina Village Parkway, Suite 200
Alameda, CA  94501-1091

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  FEB 27 2008

BY DEPUTY CLERK

NDCAO440