POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Roberta D. Perkins, 153074<br>WEINBERG, ROGER, & ROSENFELD<br>1001 Marina Village Parkway Suite 200<br>Alameda, CA 94501-1091<br>TELEPHONE NO.: (510) 337-1001<br>ATTORNEY FOR (Name): Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | |

| PLAINTIFF/PETITIONER: Carpenters Pension Trust Fund for Northern Califor | CASE NUMBER:<br>CV08-1164 (WHA) |
|---|---|
| DEFENDANT/RESPONDENT: MGM's Cabinet Installation Services, et al. | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>110397 |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons in a Civil Case, Complaint, Notice of Availability of Magistrate Judge, Guidelines to Court, ECF Registration Information, CMC Order and Supplemental Order

3. a. Party served: Michael Gordon Moxely

   b. Person Served: party in item 3a

4. Address where the party was served: 919 Belmont Way
   Pinone, CA 94564

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): 3/5/2008    (2) at (time): 5:40 PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. as an individual defendant.

7. Person who served papers
   a. Name:         Granville Smith
   b. Address:      One Legal - 194-Marin
                    504 Redwood Blvd #223
                    Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 22.25
   e. I am:
      (3) registered California process server.
          (i) Employee or independent contractor.
          (ii) Registration No.
          (iii) County ALAMEDA

BY FAX

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 3/13/2008

Granville Smith
(NAME OF PERSON WHO SERVED PAPERS)                    *Granville Smith* (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6658023

ORIGINAL

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CARPENTERS PENSION TRUST FUND FOR NORTHERN
CALIFORNIA

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

MGM'S CABINET INSTALLATION SERVICES, MICHAEL
GORDON MOXLEY

CV 08 1164 WHA

TO: (Name and address of defendant)
MGM'S CABINET INSTALLATION SERVICES and MICHAEL GORDON MOXLEY
919 Belmont Way
Pinole, CA 94564

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Blythe Mickelson, Bar No. 095506
Roberta D. Perkins, Bar No. 153074
Weinberg, Roger & Rosenfeld
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE FEB 27 2008

BY DEPUTY CLERK

NDCAO440