1  BLYTHE MICKELSON, Bar No. 095506
   ROBERTA D. PERKINS, Bar No. 153074
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
4  Telephone 510.337.1001
   Fax 510.337.1023

6  Attorneys for Plaintiff

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

11 CARPENTERS PENSION TRUST FUND       ) No.   CV 08-1164 WHA
   FOR NORTHERN CALIFORNIA,            )
12                                     ) **AMENDED REQUEST FOR ENTRY**
              Plaintiff,               ) **OF DEFAULT**
13                                     )
         v.                            )
14                                     )
   MGM'S CABINET INSTALLATION          )
15 SERVICES and MICHAEL GORDON         )
   MOXLEY,                             )
16                                     )
              Defendants.              )
17 _____)

18      TO:   THE CLERK OF THE COURT:

19      Request is hereby made that the default of Defendants MGM's Cabinet Installation

20 Services and Michael Gordon Moxley be entered. Defendants have not filed an answer or

21 otherwise responded to the Complaint which was served on March 8, 2008. Proof of service was

22 filed with this Court on March 20, 2008.

23 Dated: May 5, 2008
                                    WEINBERG, ROGER & ROSENFELD
24                                  A Professional Corporation

26                          By:     /s/ Roberta D. Perkins
                                    BLYTHE MICKELSON
27                                  ROBERTA D. PERKINS
                                    Attorneys for Plaintiff CARPENTERS PENSION
                                    TRUST FUND FOR NORTHERN CALIFORNIA
28 110397/492212

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

# PROOF OF SERVICE
(CCP 1013)

I am a citizen of the United States and an employee in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On May 5, 2008, I served upon the following parties in this action:

> Gordon Moxley, Individually and for
> MGM Cabinet Installation Services
> 919 Belmont Way
> Pinole, CA  94564

copies of the document(s) described as:

**AMENDED REQUEST FOR ENTRY OF DEFAULT**

**[X]** **BY MAIL** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

**[ ]** **BY PERSONAL SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

**[ ]** **BY OVERNIGHT DELIVERY SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

**[ ]** **BY FACSIMILE** I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify under penalty of perjury that the above is true and correct. Executed at Alameda, California, on May 5, 2008.

/s/ Joanna Son
Joanna Son

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001