**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                                       General Court Number
Clerk                                                                                                              415.522.2000

May 6, 2008


RE:  <u>CV 08-01164 WHA</u>        <u>CARPENTERS PENSION TRUST FUND-v- MGMS CABINET</u>


Default is entered as to Defendants MGM's Cabinet Installation Services and Michael Gordon Moxley on May 5, 2008..




                                  RICHARD W. WIEKING, Clerk

                                  by <u>Susan Imbriani</u>
                                  Case Systems Administrator



NDC TR-4  Rev. 3/89