IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARPENTERS PENSION TRUST FUND FOR
NORTHERN CALIFORNIA,

        Plaintiff,

  v.

MGM'S CABINET INSTALLATION
SERVICES, et al.,

        Defendant.

_____/

No. C 08-01164 WHA

**CLERK'S NOTICE
RESCHEDULING
HEARING TIME**

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

      YOU ARE NOTIFIED THAT because the Court will be in trial, the case management conference previously set for June 5, 2008 at 11:00 a.m. has been rescheduled for **June 5, 2008 at 3:00 p.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: May 16, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By:_____
   Dawn Toland
   Courtroom Deputy to the
   Honorable William Alsup

**United States District Court**
For the Northern District of California