BLYTHE MICKELSON, Bar No. 095506
ROBERTA D. PERKINS, Bar No. 153074
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiff, <br><br> v. <br><br> MGM'S CABINET INSTALLATION SERVICES and MICHAEL GORDON MOXLEY, <br><br> Defendants. | No.   CV 08-1164 WHA <br><br> **REQUEST TO VACATE CASE MANAGEMENT CONFERENCE DATE AND SET DATE FOR MOTION TO ENTER DEFAULT JUDGMENT** |

Plaintiff Carpenters Pension Trust Fund for Northern California filed an Amended Request to Enter Default on May 5, 2008 and default was entered as to MGM's Cabinet Installation Services and Michael Gordon Moxley on the same date. As a result of the entry of default against all Defendants, there are no matters to be discussed at the Case Management Conference currently set for 3:00 p.m. on June 5, 2008.

Plaintiff respectfully requests the Case Management Conference date be vacated and that the Court instead set a date by which Plaintiffs' Motion for Default Judgment must be filed.

Dated:  May 20, 2008

        WEINBERG, ROGER & ROSENFELD
        A Professional Corporation

    By:   /s/ Roberta D. Perkins
        BLYTHE MICKELSON
        ROBERTA D. PERKINS
        Attorneys for Plaintiff CARPENTERS PENSION
        TRUST FUND FOR NORTHERN CALIFORNIA

110397/494119

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

Request for Entry of Default (Case No. CV-08-1164 WHA)

# CERTIFICATE OF SERVICE

I am a citizen of the United States and an employee in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On May 20, 2008, I served upon the following parties in this action:

> Gordon Moxley, Individually and for
> MGM Cabinet Installation Services
> 919 Belmont Way
> Pinole, CA  94564

copies of the document(s) described as:

**REQUEST TO VACATE CASE MANAGEMENT CONFERENCE DATE AND SET DATE FOR MOTION TO ENTER DEFAULT JUDGMENT**

[X]   **BY MAIL**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ]   **BY PERSONAL SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

[ ]   **BY OVERNIGHT DELIVERY SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California.  I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

[ ]   **BY FACSIMILE**  I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify under penalty of perjury that the above is true and correct. Executed at Alameda, California, on May 20, 2008.

/s/ Joanna Son
Joanna Son

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 2 -
Request for Entry of Default (Case No. CV-08-1164 WHA)