IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MGM'S CABINET INSTALLATION SERVICES and MICHAEL GORDON MOXLEY,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | No. C 08-01164 WHA<br><br>**ORDER GRANTING REQUEST TO VACATE CASE MANAGEMENT CONFERENCE DATE AND SETTING DATE FOR MOTION TO ENTER DEFAULT JUDGMENT** |

Default was entered against defendants on May 5, 2008. Plaintiff's request to vacate the case management conference is **GRANTED**. Plaintiff's motion for default judgment must be filed by **JUNE 5, 2008**, otherwise plaintiff must appear at a case management conference on that date.

**IT IS SO ORDERED.**

Dated: May 21, 2008.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE