1  BLYTHE MICKELSON, Bar No. 095506
   ROBERTA D. PERKINS, Bar No. 153074
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
4  Telephone 510.337.1001
   Fax 510.337.1023
5

6  Attorneys for Plaintiff

7

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10 CARPENTERS PENSION TRUST FUND          ) No.   CV 08-1164 WHA
   FOR NORTHERN CALIFORNIA,               )
11                                         ) **[Proposed] JUDGMENT**
                  Plaintiff,                )
12                                         )
        v.                                 )
13                                         )
   MGM'S CABINET INSTALLATION              )
14 SERVICES and MICHAEL GORDON             )
   MOXLEY,                                 )
15                                         )
                  Defendants.              )
16

17     The Court having granted Plaintiff's Motion For Entry of Default Judgment, it is hereby

18 ORDERED that default judgment be entered in favor of Plaintiff Carpenters Pension Trust Fund

19 for Northern California and against Defendants MGM's Cabinet Installation Services and Michael

20 Gordon Moxley jointly and severally as follows:

21     1.   MGM's Cabinet Installation Services and Michael Gordon Moxley jointly and

22 severally are ordered to pay the sum of $172,045.00 as withdrawal liability obligations owed to the

23 Carpenters Pension Trust Fund for Northern California;

24     2.   MGM's Cabinet Installation Services and Michael Gordon Moxley jointly and

25 severally are ordered to pay the accrued interest on the unpaid obligation in the amount of

26 $18,890.54 pursuant to the Employees Retirement Income Security Act of 1974 ("ERISA")

27 sections 502(g), 4219(c)(5), and 4301(b) and (e), 29 U.S.C. sections 1132(g)(2), 1399(c)(5) and

28 1451(b) and (e);

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

[Proposed] Judgment (Case No. CV 08-1164 WHA)

3.   MGM's Cabinet Installation Services and Michael Gordon Moxley jointly and severally are ordered to pay reasonable attorneys' fees, costs and expenses in an amount to be determined, pursuant to ERISA sections 502(g), 4219(c)(5), and 4301(b) and (e), 29 U.S.C. sections 1132(g)(2), 1399(c)(5) and 1451(b) and (e).

Dated:_____

_____
The Honorable William H. Alsup
United States District Court Judge

110397/494998

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

# CERTIFICATE OF SERVICE

I am a citizen of the United States and an employee in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On June 3, 2008, I served upon the following parties in this action:

> Gordon Moxley, Individually and for
> MGM Cabinet Installation Services
> 919 Belmont Way
> Pinole, CA  94564

copies of the document(s) described as:

**[Proposed] JUDGMENT**

**[X]    BY MAIL**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

**[ ]    BY PERSONAL SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

**[ ]    BY OVERNIGHT DELIVERY SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California.  I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

**[ ]    BY FACSIMILE**  I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify under penalty of perjury that the above is true and correct. Executed at Alameda, California, on June 3, 2008

/s/ Joanna Son
Joanna Son

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001