BLYTHE MICKELSON, Bar No. 095506
ROBERTA D. PERKINS, Bar No. 153074
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MGM'S CABINET INSTALLATION SERVICES and MICHAEL GORDON MOXLEY,<br><br>　　　　　Defendants. | No.　CV 08-1164 WHA<br><br>**NOTICE OF MOTION AND MOTION TO ENTER DEFAULT JUDGMENT**<br><br>Date:　July 24, 2008<br>Time:　8:00 a.m.<br>Courtroom: 9, 19th Floor<br>　　　Hon. William H. Alsup |

**TO DEFENDANTS MGM'S CABINET INSTALLATION SERVICES and MICHAEL GORDON MOXLEY:**

PLEASE TAKE NOTICE that on July 24, 2008, at 8:00 a.m. or as soon thereafter as may be heard in Courtroom 9, located on the 19th Floor of the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California, the Carpenters Pension Trust Fund for Northern California will move for an order entering the default of judgment of Defendants, and each of them.

The motion is brought pursuant to Rule 55 of the Federal Rules of Civil Procedure and is based on the memorandum of points and authorities, declaration of counsel and attached exhibits,

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Notice of Motion and Motion to Enter Default Judgment (CV 08-1164 WHA)

1  all served herewith, and upon such other and further oral and documentary evidence as may be
2  presented at the hearing.
3  Dated: June 3, 2008

        WEINBERG, ROGER & ROSENFELD
        A Professional Corporation

        By: /s/ Roberta D. Perkins
            BLYTHE MICKELSON
            ROBERTA D. PERKINS
            Attorneys for Plaintiff Carpenters Pension Trust
            Fund for Northern California

110397/495601

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

# CERTIFICATE OF SERVICE

I am a citizen of the United States and an employee in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On June 3, 2008, I served upon the following parties in this action:

>Michael Gordon Moxley, Individually
>and for MGM Cabinet Installation
>Services
>919 Belmont Way
>Pinole, CA  94564

copies of the document(s) described as:

**NOTICE OF MOTION AND MOTION TO ENTER DEFAULT JUDGMENT**

[X]   **BY MAIL**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ]   **BY PERSONAL SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

[ ]   **BY OVERNIGHT DELIVERY SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California.  I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

[ ]   **BY FACSIMILE**  I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify under penalty of perjury that the above is true and correct.  Executed at Alameda, California, on June 3, 2008

>                         /s/ Joanna Son
>                         Joanna Son

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 3 -

Notice of Motion and Motion to Enter Default Judgment (CV 08-1164 WHA)