1 | BLYTHE MICKELSON, Bar No. 095506
2 | ROBERTA D. PERKINS, Bar No. 153074
  | WEINBERG, ROGER & ROSENFELD
3 | A Professional Corporation
  | 1001 Marina Village Parkway, Suite 200
  | Alameda, California 94501-1091
4 | Telephone 510.337.1001
  | Fax 510.337.1023

6 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, | No.   CV 08-1164 WHA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| MGM'S CABINET INSTALLATION SERVICES and MICHAEL GORDON MOXLEY, | |
| Defendants. | |

I am a citizen of the United States and an employee in the County of Alameda, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091.  On July 22, 2008, I served upon the following parties in this action:

> Gordon Moxley, Individually and for
> MGM Cabinet Installation Services
> 919 Belmont Way
> Pinole, CA  94564

copies of the document(s) described as:

**CLERK'S NOTICE RESCHEDULING HEARING TIME**

**[X]   BY MAIL**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

Certificate of Service (Case No. CV 08-1164 WHA)

1  **[ ]**  **BY PERSONAL SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

3  **[ ]**  **BY OVERNIGHT DELIVERY SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California.  I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

8  **[X]**  **BY ELECTRONIC MAIL** I caused to be transmitted each document listed herein via the e-mail address listed above or on the attached service list.

I certify under penalty of perjury that the above is true and correct.  Executed at Alameda, California, on July 22, 2008

           /s/ Joanna Son
           Joanna Son

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001