IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>    Plaintiff,<br><br>  v.<br><br>MGM'S CABINET INSTALLATION SERVICES and MICHAEL GORDON MOXLEY,<br><br>    Defendants.<br>                                          / | No. C 08-01164 WHA<br><br>**ORDER RE RESPONSE TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

At the hearing for plaintiff's motion for default judgment, defendant Michael Moxley appeared and submitted to the jurisdiction of the Court for all purposes. Mr. Moxley is requested to file a statement opposing the merits of this dispute. He is to address whether or not he should pay withdrawal liability under ERISA. The statement of opposition is due by **THURSDAY, AUGUST 7, 2008.**

**IT IS SO ORDERED.**

Dated: July 24, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS PENSION TRUST FUND,<br><br>               Plaintiff,<br><br>    v.<br><br>MGMS CABINET et al,<br><br>               Defendant.<br>_____/ | Case Number: CV08-01164 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Michael Gordon Moxley
PO Box 406
Pinole, CA 94564

Dated: July 25, 2008

Richard W. Wieking, Clerk
By: Dawn Toland, Deputy Clerk