UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>July 24, 2008</u>

Case No.  <u>C 08-01164 WHA</u>

Title: <u>CARPENTERS PENSION TRUST</u> v. <u>MGM'S CABINET INSTALLATION</u>

Plaintiff Attorneys: Roberta Perkins

Defense Attorneys: Pro Se

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Joan Columbini</u>

**PROCEEDINGS**

1)   <u>Plt's Motion for Default Judgment - HELD</u>

2)   <u>                                                                                       </u>

Continued to <u>   </u> for Further Case Management Conference

Continued to <u>    </u> for Pretrial Conference

Continued to <u>    </u> for Trial

**ORDERED AFTER HEARING:**

Defendant apologized for not filing a response and agrees to the Court's jurisdiction.  Defendant shall file a response to the motion for default judgment by 8/7/08.  Matter will then be taken under submission.