BLYTHE MICKELSON, Bar No. 095506
ROBERTA D. PERKINS, Bar No. 153074
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>        Plaintiff,<br><br>   v.<br><br>MGM'S CABINET INSTALLATION SERVICES and MICHAEL GORDON MOXLEY,<br><br>        Defendants. | No.   CV 08-1164 WHA<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br>(Civil Local Rule 3-16) |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: September 9, 2008

                               WEINBERG, ROGER & ROSENFELD
                               A Professional Corporation

                        By:  /s/ Roberta D. Perkins
                             BLYTHE MICKELSON
                             ROBERTA D. PERKINS
                             Attorneys for Plaintiff Carpenters Pension Trust Fund for Northern California

110397/504926

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Certification of Interested Entities or Persons (Case No. CV 08-1164 WHA)