IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>    Plaintiff,<br><br>  v.<br><br>MGM'S CABINET INSTALLATION SERVICES and MICHAEL GORDON MOXLEY,<br><br>    Defendants.<br>                                                      / | No. C 08-01164 WHA<br><br>**ORDER DENYING REQUEST TO VACATE STATUS CONFERENCE** |

       Plaintiff seeks in this action to recover under ERISA section 4201, 29 U.S.C. 1381.  On September 11, 2008, Defendant Michael Moxley filed a petition under Chapter 7 of the United States Bankruptcy Code, automatically staying all proceedings in this action.  Plaintiff submitted a claim in the bankruptcy proceedings and state a that it has now appealed a decision of the bankruptcy court (Br. at 1).

       A further case management conference is scheduled for April 1, 2010.  Plaintiff requests that this hearing be continued indefinitely until a decision on its bankruptcy appeal has been entered.  Plaintiff does not state whether defendants join or object in its request.  Plaintiff has not provided any additional details regarding the decision by the bankruptcy court or its appeal.

1  For these reasons, plaintiff has not shown good cause to continue the April 1 hearing.
2  Plaintiff's request is therefore **DENIED**.

4      **IT IS SO ORDERED.**

6  Dated: March 15, 2010.

                                                     WILLIAM ALSUP
                                                   UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California