IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARPENTERS PENSION TRUST FUND
FOR NORTHERN CALIFORNIA,

    Plaintiff,

  v.

MGM'S CABINET INSTALLATION
SERVICES and MICHAEL GORDON
MOXLEY,

    Defendants.
                                    /

No. C 08-01164 WHA

**ORDER CONTINUING CASE
MANAGEMENT CONFERENCE**

      The Court **GRANTS** the parties' request to continue the case management conference currently scheduled for December 23, 2010, to **MARCH 17, 2011, AT 11:00 A.M.** Please file a joint case management statement at least seven days prior. As soon as Judge Seeborg makes his ruling on the bankruptcy appeal, please advise the undersigned judge.

      **IT IS SO ORDERED.**

Dated: December 17, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE