**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARPENTERS PENSION TRUST FUND
FOR NORTHERN CALIFORNIA,

    Plaintiff,

  v.

MGM'S CABINET INSTALLATION
SERVICES and MICHAEL GORDON
MOXLEY,

    Defendants.
    /

No. C 08-01164 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The Court **GRANTS** the parties' request to continue the case management conference currently scheduled for March 17, 2011, given that the bankruptcy appeal before Judge Seeborg is still pending. The conference is continued to **JUNE 16, 2011, AT 3:00 P.M.** Please file a joint case management conference statement at least seven days prior. As soon as Judge Seeborg makes his ruling on the bankruptcy appeal, please advise the undersigned judge.

    **IT IS SO ORDERED.**

Dated: March 9, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE