IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARPENTERS PENSION TRUST FUND
FOR NORTHERN CALIFORNIA,

    Plaintiff,

  v.

MGM'S CABINET INSTALLATION
SERVICES and MICHAEL GORDON
MOXLEY,

    Defendants.
                                   /

No. C 08-01164 WHA

**ORDER DENYING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

      The case management conference will go forward as set *unless counsel submits authorities establishing that the automatic stay applies even after a final decision in the bankruptcy court*. The undersigned judge is of the tentative view that the automatic stay expires upon a final decision in the bankruptcy court even if that decision is pending on appeal.

      **IT IS SO ORDERED.**

Dated: June 9, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE