IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARPENTERS PENSION TRUST FUND
FOR NORTHERN CALIFORNIA,

    Plaintiff,

  v.

MGM'S CABINET INSTALLATION
SERVICES and MICHAEL GORDON
MOXLEY,

    Defendants.
                              /

No. C 08-01164 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

      The Court **CONTINUES** the case management conference to **SEPTEMBER 22, 2011, AT 11:00 A.M.** Please file a joint case management statement at least seven days prior.

      **IT IS SO ORDERED.**

Dated: August 29, 2011.

                                                  WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE