IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MGM'S CABINET INSTALLATION SERVICES and MICHAEL GORDON MOXLEY,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 08-01164 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　　The Court **CONTINUES** the case management conference *for the very last time* to **OCTOBER 20, 2011, AT 3:00 P.M.** Please file a joint case management statement by October 13, after the October 12 mediation.

　　　　**IT IS SO ORDERED.**

Dated: September 27, 2011.

　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE