IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARPENTERS PENSION TRUST FUND FOR
NORTHERN CALIFORNIA,

    Plaintiff,

  v.

MGM'S CABINET INSTALLATION SERVICES
and MICHAEL GORDON MOXLEY,

    Defendants.

No. C 08-01164 WHA

**FIRST AMENDED CASE MANAGEMENT ORDER**

After a case management conference, the Court enters the following order pursuant to Rule 16 of the Federal Rules of Civil Procedure ("FRCP") and Civil Local Rule 16-10:

This matter is **STAYED** until the next case management conference, now set for **APRIL 26, 2012, AT 11:00 A.M.** Please file a joint case management statement at least seven days prior.

**IT IS SO ORDERED.**

Dated: October 20, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE