**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARPENTERS PENSION TRUST
FUND FOR NORTHERN CALIFORNIA,

    Plaintiff,

  v.

MGM'S CABINET INSTALLATION
SERVICES and MICHAEL GORDON
MOXLEY

    Defendants
_____/

No. C 08-01164 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The case management conference is **CONTINUED** to **OCTOBER 3, 2013, AT 11:00 A.M.** A joint case management statement is due by September 26, 2013.

    The Court shall vacate the case management only upon a filing of a stipulated request for dismissal by October 2.

**IT IS SO ORDERED.**

Dated: September 19, 2013.

                                  WILLIAM ALSUP
                                  UNITED STATES DISTRICT JUDGE